STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN  (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 20-CR-00310 HSG |
|---|---|---|
| Plaintiff, | ) ) | NOTICE OF DISMISSAL; **ORDER** |
| v. | ) ) ) | |
| DUSTIN ALLEN MOONEY, | ) ) | |
| Defendant. | ) ) | |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against DUSTIN ALLEN MOONEY.

DATED:  December 16, 2022                       Respectfully submitted,

                                                 STEPHANIE M. HINDS
                                                 United States Attorney

                                                 */s/ Thomas A. Colthurst*
                                                 THOMAS A. COLTHURST
                                                 Chief, Criminal Division

1 | Leave is granted to the government to dismiss the Information against DUSTIN ALLEN
2 | MOONEY.

5 | Date: 12/19/2022

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.
United States District Judge